11139.   HAPP BROTHERS COMPANY *v.* MONTGOMERY.

SMITH, J. The motion for a new trial being based upon the general grounds only, and the evidence, though conflicting, being sufficient to support the verdict, this case falls within the well-settled rule that under such circumstances the verdict, which has the approval of the trial judge, will not be controlled.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MARCH 18, 1920.

Appeal from Webster superior court — Judge Littlejohn. November 1, 1919.

*M. A. Walker,* for plaintiff in error.   *J. F. Souter,* contra.